UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA,       )
                                )
           vs.                  )        CAUSE NO. 3:09-CR-24(02) RM
                                )
GUADENCIO CRUZ-CORTEZ           )

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on May 11, 2009 [Doc. No. 30]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Guadencio Cruz-Cortez's plea of guilty, and FINDS the defendant guilty of Count 4 of the Information, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:  June 1, 2009

_____/s/ Robert L. Miller, Jr._____
Chief Judge
United States District Court